UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J.P. BAR, LLC, a California Limited Liability Company; MAUREEN JONES; JOHN & ZEKE'S, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 3:18-CV-07435-LB<br><br>**ORDER** |

### **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. Court sets a Status Conference for January 16, 2020 and directs the filing of a short update or dismissal by January 9, 2020.

**IT IS SO ORDERED.**

Dated: October 16, 2019

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge